Form SJAFD

# UNITED STATES BANKRUPTCY COURT
*for the*
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):** Kimberly Cox | Case No.: 10–61716 CN 7<br>Chapter: 7 |
| aka  Kimberly Bockman Cox<br>dba  Bockman Enterprises | |

## ORDER AND NOTICE PROVIDING FOR AUTOMATIC DISMISSAL UPON FAILURE TO FILE REQUIRED DOCUMENT(S)

According to the court's records, at the time of filing the petition, it appears that the debtor(s) in this case did not file the documents indicated below which are required to be filed pursuant to Interim Bankruptcy Rule 1007(c):

☑ Schedules of Assets and Liabilities – Schedules A, B, C, D, E, F

☑ Schedules of Current Income and Current Expenditures – Schedules I, J

☑ Statement of Financial Affairs

☐ If 11 U.S.C. §§342(b) applies, a certificate regarding notification to the debtor by the debtor's attorney, bankruptcy
petition preparer or the court, as required by 11 U.S.C.§§342(b).

☑ A statement of the monthly net income, itemized to show how the amount was calculated (Means Test Form B22)

☐ If applicable, a statement disclosing any reasonably anticipated increase in income or expenditures over
the 12–month period following filing of the petition.

It is the responsibility of the debtor(s) to make sure that all documents have been filed as required by law. 11 U.S.C. §§521(i)(3) provides that the debtor(s) may, within the initial 45–day period, request up to an additional 45 days to file the required documents

To request an extension, the debtor(s) shall, within 45 days from the filing of the petition, file with the court a written request for an extension that contains the bankruptcy case number, and explains the reasons an extension is needed and the length of extension that the debtor(s) requests (up to a maximum of 90 days from the date the petition was filed). The request shall be filed electronically, in person, or mailed, addressed as follows:

United States Bankruptcy Court
280 South First Street
Suite 3035
San Jose, CA 95113

IT IS HEREBY ORDERED that if the debtor(s) fails to file any of the documents prescribed in 11 U.S.C. §§521(a)(1) by **12/27/10,** an Order and Notice of Dismissal for Failure to Comply shall be entered effective on the 46th day after the date of the filing of the petition, unless an extension of time was requested under 11 U.S.C. §§521(i)(3).

If an extension of time was requested under 11 U.S.C. §§521(i)(3) and the debtor(s) fails to file any of the required documents within the extended time period, an Order and Notice of Dismissal for Failure to Comply shall be entered.

Dated: 11/15/10

By the Court:

Charles Novack
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: kdu              Page 1 of 1            Date Rcvd: Nov 15, 2010
Case: 10-61716                Form ID: SJAFD         Total Noticed: 1
```

The following entities were noticed by first class mail on Nov 17, 2010.
db         +Kimberly Cox,   131 Sutphen St.,   Santa Cruz, CA 95060-1939

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2010               Signature:     *Joseph Speetjens*