Timothy Y. Fong, SBN #255221
TIMOTHY Y. FONG ATTORNEY AT LAW
3333 Bowers Avenue, Suite 130
Santa Clara, CA 95054
Telephone: (408) 627-7810
Facsimile: (408) 457-9417
Email: tyfong919@gmail.com

Attorney for Debtor, Kimberly Cox

# United States Bankruptcy Court

## Northern District of California

| | |
|---|---|
| In re: | ) Case No. 10-61716-CN07 |
| | ) |
| | ) Chapter 7 |
| KIMBERLY COX | ) |
| | ) REQUEST FOR AN EXTENSION OF TIME |
| | ) TO FILE REQUIRED DOCUMENTS; |
| | ) REQUEST TO POSTPONE MEETING OF |
| Debtor, | ) CREDITORS |

TO THE HONORABLE COURT, debtor KIMBERLY COX ("Debtor"), by and through her attorney, herewith requests for good cause, an extension of time to file the balance of her Required Documents and further requests a postponement of the Meeting of Creditors as follows:

**REQUEST FOR EXTENSION OF TIME TO FILE SCHEDULES**

1. Debtor herewith requests an extension of time pursuant to 11 U.S.C. § 521(i)(3) and Rule 1007 of the Federal Rules of Bankruptcy Procedure, from December 27, 2010 to February 10, 2011, to file her required documents. This request is based on Debtor's recent engagement of her attorney and as a consequence, her attorney needs additional time to adequately review, consult with and advise on the schedules and Required Documents before they are filed. As it turns out, this case is far more complicated than it initially appeared.

-1-

REQUEST FOR AN EXTSION OF TIME TO FILE SCHEDULES; REQUEST TO POSTPONE MEETING OF CREDITORS

Case: 10-61716    Doc# 9    Filed: 12/23/10    Entered: 12/23/10 14:37:36    Page 1 of 2

# REQUEST TO POSTPONE MEETING OF CREDITORS

2. In response to a written request by Trustee John W. Richardson, Debtor provided all documents asked for. In the cover letter sent with Debtor's documents mailed on November 28, 2010 (copy of cover letter attached), Debtor told the Trustee that 1) Timothy Y. Fong was engaged as her as her attorney; and 2) reminding the Trustee that the Meeting of Creditors was scheduled to occur *before* the Required Documents were to be filed.

3. The Trustee failed to notify either the Debtor or Debtor's attorney that there were any issues with either the documents provided or that the Creditor's Meeting being conducted prior to submitting the Required Documents was a problem.

4. Debtor and Debtor's attorney appeared at the date first set for the Meeting of Creditors on December 17, 2010, in Santa Cruz, California at 9:00 AM as required.

6. Due to the above issues related to the Trustee apparently being unwilling to conduct a Meeting of Creditors until after the balance of the Required Documents are submitted, Debtor hereby also requests that the Meeting of Creditors be postponed until sometime after the balance of the Required Documents are scheduled to be submitted.

Dated: 12/23/2010

/s/ Timothy Y. Fong
Timothy Y. Fong,
Attorney for KIMBERLY COX