# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 12/28/2010 |
| Case: 10–61716 | Form ID: FIN1 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SJ      USTPRegion17.SJ.ECF@usdoj.gov
tr      John W. Richardson      jwrttee@earthlink.net
aty      Timothy Yett Suen Fong      tyfong919@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Kimberly Cox      131 Sutphen St.      Santa Cruz, CA 95060

TOTAL: 1