Timothy Y. Fong, SBN #255221
TIMOTHY Y. FONG ATTORNEY AT LAW
3333 Bowers Avenue, Suite 130
Santa Clara, CA 95054
Telephone: (408) 627-7810
Facsimile: (408) 457-9417
Email: tyfong919@gmail.com

Attorney for Debtor, Kimberly Cox

The following constitutes
the order of the court. Signed January 14, 2011

_____
Charles Novack
U.S. Bankruptcy Judge

# United States Bankruptcy Court

# Northern District of California

In re: ) Case No. 10-61716-CN07
)
) Chapter 7
KIMBERLY COX )
)
)
)
Debtor, )
_____ )

**ORDER GRANTING AN EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS;**

~~**ORDER GRANTING POSTPONEMENT OF MEETING OF CREDITORS**~~  CN

UPON MOTION AND REQUEST FROM DEBTOR and good cause appearing therefor, IT IS HEREBY ORDERED THAT THE Debtor's time to file her required documents prescribed in 11 U.S.C. §§ 521(a)(1) is herewith postponed, from December 27, 2010 to February 10, 2011. ~~IT IS FURTHER ORDERED THAT THE Meeting of Creditors is postponed or continued from December 17, 2010 until February 18, 2011 at 10:00 AM.~~  CN

**END OF ORDER**

-1-
_____
ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES AND MEETING OF CREDITORS

# COURT SERVICE LIST

| | |
|---|---|
| US Trustee John W. Richardson<br>5161 Soquel Drive, Suite F<br>Soquel, CA 95073 | Elizabeth A. Bleier<br>Bleier & Cox<br>16130 Ventura Blvd.<br>Encino, CA 91436-3366 |
| America's Wholesale Lender<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228 |
| Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | Frederick J. Hanna & Associates, P.C.<br>1427 Roswell Road<br>Marietta, GA 30062 |
| American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | GC Services Limited Partnership<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081 |
| American Express<br>P.O. Box 956842<br>St. Louis, MO 64195 | GE Money Bank Chevron Texaco<br>P.O. Box 981430<br>El Paso, TX 79998-1430 |
| BAC Home Loans Servicing, LP<br>400 Countrywide Way SV-35<br>Simi Valley, CA 93065 | Home Depot Credit Services<br>P.O. Box 182676<br>Columbus, OH 43218-2676 |
| Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Hunt & Henriques<br>Attorneys At Law<br>151 Bernal Road, Suite 8<br>San Jose, CA 95119-1306 |
| Capital One Bank<br>P.O. Box 60599<br>City Of Industry, CA 91716-0599 | James E. Cox<br>16130 Ventura Boulevard, Suite 620<br>Encino, CA 91436 |
| Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Mortgage Electronic Registration Systems<br>P.O. Box 2026<br>Flint, MI 48501-2026 |
| CITIBANK (SOUTH DAKOTA) N.A.<br>701 E 60th St. N.<br>Sioux Falls, SD 57104 | |

| | |
|---|---|
| CITIBANK (SOUTH DAKOTA) N.A.<br>HOME DEPOT<br>P.O. Box 7032<br>Sioux Falls, SD 57117-7032 | Nationwide Credit, Inc.<br>2015 Vaughn Rd., Building 400<br>Kennesaw, GA 30144-7802 |
| CitiCard<br>P.O. Box 6000<br>The Lakes, NV 89163-6000 | Nationwide Credit, Inc.<br>PO Box 740640<br>Atlanta, GA 30374-0640 |
| Client Services, Inc.<br>3451 Harry Truman Blvd.<br>St. Charles, MO 63301-4047 | NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044 |
| County of Santa Cruz Treasurer - Tax Col<br>701 Ocean Street<br>Santa 95060 | NCO Financial Systems, Inc.<br>PO Box 15773<br>Wilmington, DE 19850-5773 |
| CTC Real Estate Services<br>400 Countrywide Way, MSN SV-88<br>Simi Valley, CA 93065 | Nelson & Kennard<br>2180 Harvard Street, Suite 160<br>Sacramento, CA 95853 |
| Phillips & Cohen Cruz, CA Associates<br>P.O. Box 108<br>St. Louis, MO 63166 | Phillips & Cohen Associates<br>695 Rancocas Rd.<br>West Hampton, NJ 08060 |
| Richard E. Golden<br>Bleier & Cox<br>16130 Ventura Boulevard<br>Encino, CA 91436-2568 | RECONTRUST Company<br>1800 Tapo Canyon Rd.,<br>CA6-914-01-94<br>Simi Valley, CA 93063 |
| US Bank<br>PO Box 790408<br>St. Louis, MO 63179-0408 | United Recovery Systems<br>P.O. Box 722910<br>Houston, TX 77272-2910 |
| Zwicker & Associates, P.C.<br>P.O. Box 101145<br>Birmingham, AL 35210-6145 | USAA Credit Card Services<br>10750 McDermott Fwy<br>San Antonio, TX 98288-0570 |
| | Zwicker & Associates, P.C.<br>80 Minuteman Rd.<br>Andover, MA 01810-1008 |