# Notice Recipients

District/Off: 0971–5  User: kdu  Date Created: 1/14/2011
Case: 10–61716  Form ID: pdfeoc  Total: 36

**Recipients of Notice of Electronic Filing:**
tr　　John W. Richardson　　jwrttee@earthlink.net

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
11420065　America's Wholesale Lender　P.O. Box 10219　Van Nuys, CA 91410–0219
11420066　American Express　P.O. Box 0001　Los Angeles, CA 90096–8000
11420068　American Express　P.O. Box 956842　St. Louis, MO 64195
11420069　BAC Home Loans Servicing, LP　400 Countrywide Way SV–35　Simi Valley, CA 93065
11420070　Bank of America　P.O. Box 851001　Dallas, TX 75285–1001
11420071　Capital One Bank　P.O. Box 60599　City Of Industry, CA 91716–0599
11420072　Chase　P.O. Box 94014　Palatine, 1L 60094–4014
11420073　CITIBANK (SOUTH DAKOTA) N.A.　701 E 60th St. N.　Sioux Falls, SO 57104
11420074　CITIBANK (SOUTH DAKOTA) N.A./HOME DEPOT　P.O. Box 7032　Sioux Falls, SO 57117–7032
11420075　Citi Card　P.O. Box 6000　The Lakes, NV 89163–6000
11420076　Client Services, Inc.　3451 Harry Truman Blvd.　St. Charles, MO 63301–4047
11420077　County of Santa Cruz Treasurer – Tax Col　701 Ocean Street　Santa Cruz, CA 95060
11420078　CTC Real Estate Services　400 Countrywide Way, MSN SV–88　Simi Valley, CA 93065
11420079　Elizabeth A. Bleier　Bleier &Cox　16130 Ventura Blvd.　Encino, CA 91436–3366
11420080　Firstsource Advantage, LLC　205 Bryant Woods South　Amherst, NY 14228
11420081　Frederick J. Hanna &Associates, P.C.　1427 Roswell Road　Marietta, GA 30062
11420082　GC Services Limited Partnership　Collection Agency Division　6330 Gulf ton　Houston, TX 77081
11420083　Home Depot Credit Services　P.o. Box 182676　Columbus, OH 43218–2676
11420084　Hunt &Henriques　Attorneys At Law　151 Bernal Road, Suite 8　San Jose, CA 95119–1306
11420085　James E. Cox　16130 Ventura Boulevard, Suite 620　Encino, CA 91436
11420087　Michael S. Hunt　Hunt &Henriques　151 Bernal Road, Suite 8　San Jose, CA 95119–1306
11420088　Mortgage Electronic Registration Systems　P.O. Box 2026　Flint, MI 48501–2026
11420089　Nationwide Credit, Inc.　2015 Vaughn Rd., Building 400　Kennesaw, GA 30144–7802
11420090　Nationwide Credit, Inc.　PO Box 740640　Atlanta, GA 30374–0640
11420091　NCO Financial Systems, Inc.　507 Prudential Road　Horsham, PA 19044
11420092　NCO Financial Systems, Inc.　PO Box 15773　Wilmington, DE 19850–5773
11420093　Nelson &Kennard　2180 Harvard Street, Suite 160　Sacramento, CA 95853
11420094　Phillips &Cohen Associates　695 Rancocas Rd.　West Hampton, NJ 08060
11420095　Phillips &Cohen Associates　P.O. Box 108　St. Louis, MO 63166
11420096　RECONTRUST Company　1800 Tapo Canyon Rd., CA6–914–01–94　Simi Valley, CA 93063
11420098　United Recovery Systems　P.O. Box 722910　Houston, TX 77272–2910
11420099　US Bank　PO Box 790408　St. Louis, MO 63179–0408
11420100　USAA Credit Card Services　10750 McDermott Fwy　San Antonio, TX 98288–0570
11420101　Zwicker &Associates, P.C.　P.O. Box 101145　Birmingham, AL 35210–6145
11420102　Zwicker &Associates, P.C.　80 Minuteman Rd.　Andover, MA 01810–1008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 35