The following constitutes
the order of the court. Signed January 14, 2011

_____
**Charles Novack
U.S. Bankruptcy Judge**

Timothy Y. Fong, SBN #255221
TIMOTHY Y. FONG ATTORNEY AT LAW
3333 Bowers Avenue, Suite 130
Santa Clara, CA 95054
Telephone: (408) 627-7810
Facsimile: (408) 457-9417
Email: tyfong919@gmail.com

Attorney for Debtor, Kimberly Cox

# United States Bankruptcy Court

## Northern District of California

| | |
|---|---|
| In re: | ) Case No. 10-61716-CN07 |
| | ) |
| | ) Chapter 7 |
| KIMBERLY COX | ) |
| | ) |
| | ) |
| | ) |
| Debtor, | ) |

**ORDER GRANTING AN EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS; ~~ORDER GRANTING POSTPONEMENT OF MEETING OF CREDITORS~~** CN

UPON MOTION AND REQUEST FROM DEBTOR and good cause appearing therefor, IT IS HEREBY ORDERED THAT THE Debtor's time to file her required documents prescribed in 11 U.S.C. §§ 521(a)(1) is herewith postponed, from December 27, 2010 to February 10, 2011. ~~IT IS FURTHER ORDERED THAT THE Meeting of Creditors is postponed or continued from December 17, 2010 until February 18, 2011 at 10:00 AM.~~ CN

**END OF ORDER**

# COURT SERVICE LIST

| | |
|---|---|
| US Trustee John W. Richardson<br>5161 Soquel Drive, Suite F<br>Soquel, CA 95073 | Elizabeth A. Bleier<br>Bleier & Cox<br>16130 Ventura Blvd.<br>Encino, CA 91436-3366 |
| America's Wholesale Lender<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228 |
| Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | Frederick J. Hanna & Associates, P.C.<br>1427 Roswell Road<br>Marietta, GA 30062 |
| American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | GC Services Limited Partnership<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081 |
| American Express<br>P.O. Box 956842<br>St. Louis, MO 64195 | GE Money Bank Chevron Texaco<br>P.O. Box 981430<br>El Paso, TX 79998-1430 |
| BAC Home Loans Servicing, LP<br>400 Countrywide Way SV-35<br>Simi Valley, CA 93065 | Home Depot Credit Services<br>P.O. Box 182676<br>Columbus, OH 43218-2676 |
| Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Hunt & Henriques<br>Attorneys At Law<br>151 Bernal Road, Suite 8<br>San Jose, CA 95119-1306 |
| Capital One Bank<br>P.O. Box 60599<br>City Of Industry, CA 91716-0599 | James E. Cox<br>16130 Ventura Boulevard, Suite 620<br>Encino, CA 91436 |
| Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | |
| CITIBANK (SOUTH DAKOTA) N.A.<br>701 E 60th St. N.<br>Sioux Falls, SD 57104 | Mortgage Electronic Registration Systems<br>P.O. Box 2026<br>Flint, MI 48501-2026 |

ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES AND MEETING OF CREDITORS

Case: 10-61716  Doc# 15  Filed: 01/16/11  Entered: 01/16/11 21:32:32  Page 2 of 5

| | |
|---|---|
| CITIBANK (SOUTH DAKOTA) N.A.<br>HOME DEPOT<br>P.O. Box 7032<br>Sioux Falls, SD 57117-7032 | Nationwide Credit, Inc.<br>2015 Vaughn Rd., Building 400<br>Kennesaw, GA 30144-7802 |
| CitiCard<br>P.O. Box 6000<br>The Lakes, NV 89163-6000 | Nationwide Credit, Inc.<br>PO Box 740640<br>Atlanta, GA 30374-0640 |
| Client Services, Inc.<br>3451 Harry Truman Blvd.<br>St. Charles, MO 63301-4047 | NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044 |
| County of Santa Cruz Treasurer - Tax Col<br>701 Ocean Street<br>Santa 95060 | NCO Financial Systems, Inc.<br>PO Box 15773<br>Wilmington, DE 19850-5773 |
| CTC Real Estate Services<br>400 Countrywide Way, MSN SV-88<br>Simi Valley, CA 93065 | Nelson & Kennard<br>2180 Harvard Street, Suite 160<br>Sacramento, CA 95853 |
| Phillips & Cohen Cruz, CA Associates<br>P.O. Box 108<br>St. Louis, MO 63166 | Phillips & Cohen Associates<br>695 Rancocas Rd.<br>West Hampton, NJ 08060 |
| Richard E. Golden<br>Bleier & Cox<br>16130 Ventura Boulevard<br>Encino, CA 91436-2568 | RECONTRUST Company<br>1800 Tapo Canyon Rd.,<br>CA6-914-01-94<br>Simi Valley, CA 93063 |
| US Bank<br>PO Box 790408<br>St. Louis, MO 63179-0408 | United Recovery Systems<br>P.O. Box 722910<br>Houston, TX 77272-2910 |
| Zwicker & Associates, P.C.<br>P.O. Box 101145<br>Birmingham, AL 35210-6145 | USAA Credit Card Services<br>10750 McDermott Fwy<br>San Antonio, TX 98288-0570 |
| | Zwicker & Associates, P.C.<br>80 Minuteman Rd.<br>Andover, MA 01810-1008 |

# CERTIFICATE OF NOTICE

```
District/off: 0971-5           User: kdu              Page 1 of 2            Date Rcvd: Jan 14, 2011
Case: 10-61716                 Form ID: pdfeoc        Total Noticed: 34
```

The following entities were noticed by first class mail on Jan 16, 2011.
```
11420065       America's Wholesale Lender,    P.O. Box 10219,    Van Nuys, CA 91410-0219
11420066       American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
11420068       American Express,    P.O. Box 956842,    St. Louis, MO 64195
11420069    ++++BAC HOME LOANS SERVICING, LP,    400 NATIONAL WAY,    SIMI VALLEY CA  93065-6414
               (address filed with court:  BAC Home Loans Servicing, LP,    400 Countrywide Way SV-35,
                 Simi Valley, CA 93065)
11420070       Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
11420073      +CITIBANK (SOUTH DAKOTA) N.A.,    701 E 60th St. N.,    Sioux Falls, SO  57104-0493
11420074       CITIBANK (SOUTH DAKOTA) N.A./HOME DEPOT,    P.O. Box 7032,    Sioux Falls, SO 57117-7032
11420078    ++++CTC REAL ESTATE SERVICES,    400 NATIONAL WAY,    SIMI VALLEY CA  93065-6414
               (address filed with court:  CTC Real Estate Services,    400 Countrywide Way, MSN SV-88,
                 Simi Valley, CA 93065)
11420071       Capital One Bank,    P.O. Box 60599,    City Of Industry, CA 91716-0599
11420072       Chase,    P.O. Box 94014,    Palatine, 1L 60094-4014
11420075       Citi Card,    P.O. Box 6000,    The Lakes, NV 89163-6000
11420076      +Client Services, Inc.,    3451 Harry Truman Blvd.,    St. Charles, MO 63301-9816
11420077      +County of Santa Cruz Treasurer - Tax Col,    701 Ocean Street,    Santa Cruz, CA 95060-4003
11420079      +Elizabeth A. Bleier,    Bleier & Cox,    16130 Ventura Blvd.,    Encino, CA 91436-2568
11420080      +Firstsource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
11420081      +Frederick J. Hanna & Associates, P.C.,    1427 Roswell Road,    Marietta, GA 30062-3668
11420082      +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulf ton,
                 Houston, TX 77081-1108
11420083       Home Depot Credit Services,    P.o. Box 182676,    Columbus, OH 43218-2676
11420084       Hunt & Henriques,    Attorneys At Law,    151 Bernal Road, Suite 8,    San Jose, CA 95119-1306
11420085      +James E. Cox,    16130 Ventura Boulevard, Suite 620,    Encino, CA 91436-2542
11420087      +Michael S. Hunt,    Hunt & Henriques,    151 Bernal Road, Suite 8,    San Jose, CA 95119-1491
11420088       Mortgage Electronic Registration Systems,    P.O. Box 2026,    Flint, MI 48501-2026
11420091      +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
11420092       NCO Financial Systems, Inc.,    PO Box 15773,    Wilmington, DE 19850-5773
11420089       Nationwide Credit, Inc.,    2015 Vaughn Rd., Building 400,    Kennesaw, GA 30144-7802
11420093      +Nelson & Kennard,    2180 Harvard Street, Suite 160,    Sacramento, CA 95815-3314
11420094      +Phillips & Cohen Associates,    695 Rancocas Rd.,    West Hampton, NJ 08060-5626
11420095      +Phillips & Cohen Associates,    P.O. Box 108,    St. Louis, MO 63166-0108
11420096      +RECONTRUST Company,    1800 Tapo Canyon Rd., CA6-914-01-94,    Simi Valley, CA 93063-6712
11420099     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  US Bank,    PO Box 790408,    St. Louis, MO 63179-0408)
11420100      +USAA Credit Card Services,    10750 McDermott Fwy,    San Antonio, TX 78284-8850
11420101       Zwicker & Associates, P.C.,    P.O. Box 101145,    Birmingham, AL 35210-6145
11420102       Zwicker & Associates, P.C.,    80 Minuteman Rd.,    Andover, MA 01810-1008
```

The following entities were noticed by electronic transmission on Jan 15, 2011.
```
11420098       E-mail/Text: bnc@ursi.com                            United Recovery Systems,   P.O. Box 722910,
                 Houston, TX 77272-2910
                                                                                                   TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11420090      ##Nationwide Credit, Inc.,    PO Box 740640,    Atlanta, GA 30374-0640
                                                                                        TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2011**                    Signature:     *Joseph Speetjens*