The following constitutes
the order of the court. Signed February 03, 2011

_____
Charles Novack
U.S. Bankruptcy Judge
_____

EDWINA E. DOWELL, # 149059
Assistant U.S. Trustee
NANETTE DUMAS, # 148261
JOHN S. WESOLOWSKI, # 127007
EMILY S. KELLER, # 264983
U.S. Department of Justice
Office of the United States Trustee
280 S. First Street, Suite 268
San Jose, CA 95113-0002
Telephone:  (408) 535-5525
Fax:        (408) 535-5532

Attorneys for August B. Landis
Acting United States Trustee for Region 17

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

KIMBERLY COX

Debtor.

Case No. 10-61716 CN

Chapter 7

**No Hearing Requested**

**ORDER APPROVING STIPULATION BETWEEN UNITED STATES TRUSTEE AND DEBTOR FOR EXTENSION OF DEADLINES**

The Court having considered the Stipulation Between United States Trustee and the Debtor For Extension Of Deadlines For Filing A Complaint Objecting to Debtor's Discharge Pursuant to 11 U.S.C. § 727(a), Or to File A Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) (the "Stipulation"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1) The Stipulation is approved; and

2) The deadline for the U.S. Trustee or the Chapter 7 Trustee to file a motion pursuant to 11 U.S.C. § 707(b) or a complaint pursuant to 11 U.S.C. § 727(a) is extended from February 15, 2011 until April 15, 2011.

**\*\* END OF ORDER \*\***

Order Approving Stipulation for Extension of Deadlines
re: Discharge and Dismissal

| | |
|---|---|
| 1 | Court Mailing List |
| 2 | |
| 3 | Kimberly Cox |
| | 131 Sutphen St. |
| 4 | Santa Cruz, CA 95060 |
| 5 | Timothy Yett Suen Fong |
| | Law Offices of Timothy Y. Fong |
| 6 | 3333 Bowers Ave., # 130 |
| | Santa Clara, CA 95054 |
| 7 | |
| | John W. Richardson |
| 8 | 5161 Soquel Dr. #F |
| | Soquel, CA 95073 |

Order Approving Stipulation for Extension of Deadlines re Discharge and Dismissal