Timothy Y. Fong
CA SBN #255221
3333 Bowers Avenue, STE 130
Santa Clara, CA 95054
Tel 408-627-7810
Fax 408-457-9417
tyfong919@gmail.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:                                    Chapter 7
                                          Case No. 5:10-bk-61716
KIMBERLY COX
                                          CERTIFICATE OF SERVICE

Debtor_____/

I, the undersigned, declare that I am employed in the County of Santa Cruz. I am over the age of 18 years and not a party to the within entitled action. My business address is 131 Sutphen St., Santa Cruz, CA 95060.

On **04/01/2011**, I served the within MOTION TO COMPEL TRUSTEE'S ABANDONMENT OF REAL PROPERTY by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Santa Cruz, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

>America's Wholesale Lender
>P.O. Box 10219
>Van Nuys, CA 91410-0219
>
>BAC Home Loans Servicing, LP
>P.O. Box 515503
>Los Angeles, CA 90051-6803

Mortgage Electronic Registration
Systems
P.O. Box 2026
Flint, MI 48501-2026

RECONTRUST Company
1800 Tapo Canyon Rd. CA6-914-01-94
Simi Valley, CA 93063

The Bank of New York Mellon FKA The
Bank of New York as Trustee for the
Benefit of the Certificateholders
CWMBS Inc. CHL Mortgage Pass-Through
Trust 2005-2 Mortgage Pass-Through
Certificates, Series 2005-2
C/O Recontrust Company
1800 Tapo Canyon Rd, CA6-914-01-94
Simi Valley, CA 93063

EDWINA E. DOWELL, # 149059
Assistant U.S. Trustee
NANETTE DUMAS, # 148261
JOHN S. WESOLOWSKI, # 127007
EMILY S. KELLER, # 264983
U.S. Department of Justice
Office of the United States Trustee
280 S. First Street, Suite 268
San Jose, CA 95113-0002

If the Chapter 7 Trustee is otherwise entitled to notice, he will receive such notice upon the electronic filing of the above-named document.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on 04/01/2011 at Santa Cruz, California.

_____
Charles Wayne Cox