# CERTIFICATE OF SERVICE

I, <u>Charles Wayne Cox</u> (name), certify that service of this summons; a copy of the complaint; a copy of the Order Setting Telephonic Case Management Conference; and a copy of the Bankruptcy Dispute Resolution Program Information sheet was made on <u>04/13/2011</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

```
America's Wholesale Lender
P.O. Box 10219
Van Nuys, CA 91410-0219

Mortgage Electronic Registration Systems
C/O Genpact Registered Agent, Inc.
15420 Laguna Cyn Rd Ste 100
Irvine, CA 92618

RECONTRUST Company
1800 Tapo Canyon Rd. CA6-914-01-94
Simi Valley, CA 93063

The Bank of New York Mellon FKA The Bank of New York as
Trustee for the Benefit of the Certificateholders CWMBS
Inc. CHL Mortgage Pass-Through Trust 2005-2 Mortgage
Pass-Through Certificates, Series 2005-2
C/O Recontrust Company
1800 Tapo Canyon Rd, CA6-914-01-94
Simi Valley, CA 93063

Countrywide Home Loans, Inc.
C/O CT Corporation System
818 W 7th St.
Los Angeles, CA 90017

BAC Home Loans Servicing, LP
C/O CT Corporation System
4500 Park Granada
Calabasas, CA 91302
```

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 04/13/2011       Signature: *[signed] Charles Wayne Cox*

Print Name:            Charles Wayne Cox

Business Address:      131 Sutphen St

                       Santa Cruz, CA 95060