Timothy Y. Fong
CA SBN #255221
3333 Bowers Avenue, STE 130
Santa Clara, CA 95054
Tel 408-627-7810
Fax 408-457-9417
tyfong919@gmail.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:      KIMBERLY COX            Chapter 7

                                    Case No. 5:10-bk-1061716

                                    Adv. Case No. 5:11-ap-05106

                                    CERTIFICATE OF SERVICE

Debtor_____/

    I <u>Charles Wayne Cox</u>, certify that service of the <u>Summons; and copies of the Complaint, Declaration of Kimberly Cox, Declaration of Charles Wayne Cox, Order Setting Telephonic Case Management Conference, and the Bankruptcy Dispute Resolution Program Information sheet</u>, was made on <u>04/13/2011</u> by regular, first class United States mail, postage fully pre-paid, addressed to:

    **America's Wholesale Lender**
    **P.O. Box 10219**
    **Van Nuys, CA 91410-0219**

    **Mortgage Electronic Registration Systems**
    **C/O Genpact Registered Agent, Inc.**
    **15420 Laguna Cyn Rd Ste 100**
    **Irvine, CA 92618**

    **RECONTRUST Company**
    **1800 Tapo Canyon Rd. CA6-914-01-94**
    **Simi Valley, CA 93063**

1

The Bank of New York Mellon FKA The
Bank of New York as Trustee for the
Benefit of the Certificateholders CWMBS
Inc. CHL Mortgage Pass-Through Trust
2005-2 Mortgage Pass-Through
Certificates, Series 2005-2
C/O Recontrust Company
1800 Tapo Canyon Rd, CA6-914-01-94
Simi Valley, CA 93063

Countrywide Home Loans, Inc.
C/O CT Corporation System
818 W 7th St.
Los Angeles, CA 90017

BAC Home Loans Servicing, LP
C/O CT Corporation System
4500 Park Granada
Calabasas, CA 91302

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 04/14/2011    Signature: _____

Print Name: Charles Wayne Cox
Business Address: 131 Sutphen St.
Santa Cruz, CA 95060