

1  Timothy Y. Fong
   CA SBN #255221
2  3333 Bowers Avenue, STE 130
   Santa Clara, CA 95054
3  Tel 408-627-7810
   Fax 408-457-9417
4  tyfong919@gmail.com

5
   Attorney for Debtor
6  Kimberly Cox - 9054
   131 Sutphen St.
7  Santa Cruz, CA 95060

Dated April 27, 2011

_____ **Not Signed**

**Charles Novack**
**U.S. Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 5:10-bk-61716 |
| KIMBERLY COX | ORDER ON MOTION TO COMPEL TRUSTEE TO ABANDON REAL PROPERTY |
| | 11 U.S.C. § 554(b) Rule 6007 |
| Debtor_____/ | [No Hearing Required] |

UPON MOTION AND REQUEST FROM THE DEBTOR to compel Trustee to abandon the real Property described as 131 Sutphen St., Santa Cruz, CA 95060, and there having been no timely, written objection or opposition to said Motion; the Court being sufficiently advised and for good cause shown, **IT IS HEREBY ORDERED THAT** the Debtor's Motion to Compel Trustee to Abandon Real Property is **GRANTED.**

**END OF ORDER**

**COURT SERVICE LIST**

| | |
|---|---|
| America's Wholesale Lender<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | CITIBANK (SOUTH DAKOTA) N.A.<br>HOME DEPOT<br>P.O. Box 7032<br>Sioux Falls, SD 57117-7032 |
| American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | CitiCard<br>P.O. Box 6000<br>The Lakes, NV 89163-6000 |
| American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | Client Services, Inc.<br>3451 Harry Truman Blvd.<br>St. Charles, MO 63301-4047 |
| American Express<br>P.O. Box 956842<br>St. Louis, MO 64195 | County of Santa Cruz<br>Treasurer - Tax Collector<br>701 Ocean Street<br>Santa Cruz, CA 95060 |
| BAC Home Loans Servicing, LP<br>400 Countrywide Way SV-35<br>Simi Valley, CA 93065 | CTC Real Estate Services<br>400 Countrywide Way<br>MSN SV-88<br>Simi Valley, CA 93065 |
| Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Elizabeth A. Bleier<br>Bleier & Cox<br>16130 Ventura Blvd.<br>Encino, CA 91436-3366 |
| Capital One Bank<br>P.O. Box 60599<br>City Of Industry, CA 91716-0599 | Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228 |
| Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Frederick J. Hanna & Associates, P.C.<br>1427 Roswell Road<br>Marietta, GA 30062 |
| CITIBANK (SOUTH DAKOTA) N.A.<br>701 E 60th St. N.<br>Sioux Falls, SD 57104 | GC Services LTD Partnership<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081 |

| | | |
|---|---|---|
| 1 | GE Money Bank Chevron Texaco<br>P.O. Box 981430<br>El Paso, TX 79998-1430 | Phillips & Cohen Associates<br>695 Rancocas Rd.<br>West Hampton, NJ 08060 |
| 2 | | |
| 3 | Home Depot Credit Services<br>P.O. Box 182676<br>Columbus, OH 43218-2676 | Phillips & Cohen Associates<br>P.O. Box 108<br>St. Louis, MO 63166 |
| 4 | | |
| 5 | | |
| 6 | Hunt & Henriques<br>Attorneys At Law<br>151 Bernal Road, Suite 8<br>San Jose, CA 95119-1306 | RECONTRUST Company<br>1800 Tapo Canyon Rd.,<br>CA6-914-01-94<br>Simi Valley, CA 93063 |
| 7 | | |
| 8 | | |
| 9 | James E. Cox<br>16130 Ventura Boulevard<br>Suite 620<br>Encino, CA 91436 | Richard E. Golden<br>Bleier & Cox<br>16130 Ventura Boulevard<br>Encino, CA 91436-2568 |
| 10 | | |
| 11 | Mortgage Electronic<br>Registration Systems<br>P.O. Box 2026<br>Flint, MI 48501-2026 | United Recovery Systems<br>P.O. Box 722910<br>Houston, TX 77272-2910 |
| 12 | | |
| 13 | | |
| 14 | Nationwide Credit, Inc.<br>2015 Vaughn Rd., Building 400<br>Kennesaw, GA 30144-7802 | USAA Credit Card Services<br>10750 McDermott Fwy<br>San Antonio, TX 98288-0570 |
| 15 | | |
| 16 | Nationwide Credit, Inc.<br>PO Box 740640<br>Atlanta, GA 30374-0640 | US Bank<br>PO Box 790408<br>St. Louis, MO 63179-0408 |
| 17 | | |
| 18 | NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044 | Zwicker & Associates, P.C.<br>80 Minuteman Rd.<br>Andover, MA 01810-1008 |
| 19 | | |
| 20 | NCO Financial Systems, Inc.<br>PO Box 15773<br>Wilmington, DE 19850-5773 | Zwicker & Associates, P.C.<br>P.O. Box 101145<br>Birmingham, AL 35210-6145 |
| 21 | | |
| 22 | Nelson & Kennard<br>2180 Harvard Street, Suite 160<br>Sacramento, CA 95853 | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

-3-

ORDER ON MOTION TO COMPEL TRUSTEE TO ABANDON REAL PROPERTY

Case: 10-61716   Doc# 29   Filed: 04/27/11   Entered: 04/28/11 09:23:57   Page 3 of 3