# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: rrombawa | Date Created: 4/28/2011 |
| Case: 10–61716 | Form ID: pdfeoc | Total: 37 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| 11420065 | America's Wholesale Lender | P.O. Box 10219 | Van Nuys, CA 91410–0219 |
| 11420066 | American Express | P.O. Box 0001 | Los Angeles, CA 90096–8000 |
| 11420067 | American Express | P.O. Box 981537 | El Paso, TX 79998 |
| 11420068 | American Express | P.O. Box 956842 | St. Louis, MO 64195 |
| 11420069 | BAC Home Loans Servicing, LP | 400 Countrywide Way SV–35 | Simi Valley, CA 93065 |
| 11420070 | Bank of America | P.O. Box 851001 | Dallas, TX 75285–1001 |
| 11420071 | Capital One Bank | P.O. Box 60599 | City Of Industry, CA 91716–0599 |
| 11420072 | Chase | P.O. Box 94014 | Palatine, 1L 60094–4014 |
| 11420073 | CITIBANK (SOUTH DAKOTA) N.A. | 701 E 60th St. N. | Sioux Falls, SO 57104 |
| 11420074 | CITIBANK (SOUTH DAKOTA) N.A./HOME DEPOT | P.O. Box 7032 | Sioux Falls, SO 57117–7032 |
| 11420075 | Citi Card | P.O. Box 6000 | The Lakes, NV 89163–6000 |
| 11420076 | Client Services, Inc. | 3451 Harry Truman Blvd. | St. Charles, MO 63301–4047 |
| 11420077 | County of Santa Cruz Treasurer – Tax Col | 701 Ocean Street | Santa Cruz, CA 95060 |
| 11420078 | CTC Real Estate Services | 400 Countrywide Way, MSN SV–88 | Simi Valley, CA 93065 |
| 11420079 | Elizabeth A. Bleier | Bleier &Cox 16130 Ventura Blvd. | Encino, CA 91436–3366 |
| 11420080 | Firstsource Advantage, LLC | 205 Bryant Woods South | Amherst, NY 14228 |
| 11420081 | Frederick J. Hanna &Associates, P.C. | 1427 Roswell Road | Marietta, GA 30062 |
| 11420082 | GC Services Limited Partnership | Collection Agency Division 6330 Gulf ton | Houston, TX 77081 |
| 11420083 | Home Depot Credit Services | P.o. Box 182676 | Columbus, OH 43218–2676 |
| 11420084 | Hunt &Henriques | Attorneys At Law 151 Bernal Road, Suite 8 | San Jose, CA 95119–1306 |
| 11420085 | James E. Cox | 16130 Ventura Boulevard, Suite 620 | Encino, CA 91436 |
| 11420088 | Mortgage Electronic Registration Systems | P.O. Box 2026 | Flint, MI 48501–2026 |
| 11420089 | Nationwide Credit, Inc. | 2015 Vaughn Rd., Building 400 | Kennesaw, GA 30144–7802 |
| 11420090 | Nationwide Credit, Inc. | PO Box 740640 | Atlanta, GA 30374–0640 |
| 11420091 | NCO Financial Systems, Inc. | 507 Prudential Road | Horsham, PA 19044 |
| 11420092 | NCO Financial Systems, Inc. | PO Box 15773 | Wilmington, DE 19850–5773 |
| 11420093 | Nelson &Kennard | 2180 Harvard Street, Suite 160 | Sacramento, CA 95853 |
| 11420094 | Phillips &Cohen Associates | 695 Rancocas Rd. | West Hampton, NJ 08060 |
| 11420095 | Phillips &Cohen Associates | P.O. Box 108 | St. Louis, MO 63166 |
| 11420096 | RECONTRUST Company | 1800 Tapo Canyon Rd., CA6–914–01–94 | Simi Valley, CA 93063 |
| 11420097 | Richard E. Golden | Bleier &Cox 16130 Ventura Boulevard | Encino, CA 91436–2568 |
| 11420098 | United Recovery Systems | P.O. Box 722910 | Houston, TX 77272–2910 |
| 11420099 | US Bank | PO Box 790408 | St. Louis, MO 63179–0408 |
| 11420100 | USAA Credit Card Services | 10750 McDermott Fwy | San Antonio, TX 98288–0570 |
| 11420101 | Zwicker &Associates, P.C. | P.O. Box 101145 | Birmingham, AL 35210–6145 |
| 11420102 | Zwicker &Associates, P.C. | 80 Minuteman Rd. | Andover, MA 01810–1008 |
| | GE Money Bank Chevron Texaco | P.O. Box 981430 | El Paso, TX 79998–1430 |

TOTAL: 37