

```
1  Timothy Y. Fong
   CA SBN #255221                    Dated April 27, 2011
2  3333 Bowers Avenue, STE 130
3  Santa Clara, CA 95054
   Tel 408-627-7810                  _____Not Signed_____
4  Fax 408-457-9417
   tyfong919@gmail.com                    Charles Novack
5                                     U.S. Bankruptcy Judge
                                     _____
6  Attorney for Debtor
   Kimberly Cox - 9054
7  131 Sutphen St.
   Santa Cruz, CA 95060
8
              UNITED STATES BANKRUPTCY COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10
11 In re:                         Chapter 7

12                                Case No. 5:10-bk-61716

13                                ORDER ON MOTION TO COMPEL
      KIMBERLY COX                TRUSTEE TO ABANDON REAL
14                                PROPERTY

15                                11 U.S.C. § 554(b) Rule 6007

16 Debtor_____/     [No Hearing Required]
17
18      UPON MOTION AND REQUEST FROM THE DEBTOR to compel Trustee
19 to abandon the real Property described as 131 Sutphen St., Santa
20 Cruz, CA 95060, and there having been no timely, written
21 objection or opposition to said Motion; the Court being
22 sufficiently advised and for good cause shown, **IT IS HEREBY**
23 **ORDERED THAT** the Debtor's Motion to Compel Trustee to Abandon
24 Real Property is **GRANTED**.
25
26                         **END OF ORDER**
```

-1-

ORDER ON MOTION TO COMPEL TRUSTEE TO ABANDON REAL PROPERTY

**COURT SERVICE LIST**

| | |
|---|---|
| America's Wholesale Lender<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | CITIBANK (SOUTH DAKOTA) N.A.<br>HOME DEPOT<br>P.O. Box 7032<br>Sioux Falls, SD 57117-7032 |
| American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | CitiCard<br>P.O. Box 6000<br>The Lakes, NV 89163-6000 |
| American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | Client Services, Inc.<br>3451 Harry Truman Blvd.<br>St. Charles, MO 63301-4047 |
| American Express<br>P.O. Box 956842<br>St. Louis, MO 64195 | County of Santa Cruz<br>Treasurer - Tax Collector<br>701 Ocean Street<br>Santa Cruz, CA 95060 |
| BAC Home Loans Servicing, LP<br>400 Countrywide Way SV-35<br>Simi Valley, CA 93065 | CTC Real Estate Services<br>400 Countrywide Way<br>MSN SV-88<br>Simi Valley, CA 93065 |
| Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Elizabeth A. Bleier<br>Bleier & Cox<br>16130 Ventura Blvd.<br>Encino, CA 91436-3366 |
| Capital One Bank<br>P.O. Box 60599<br>City Of Industry, CA 91716-0599 | Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228 |
| Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Frederick J. Hanna & Associates, P.C.<br>1427 Roswell Road<br>Marietta, GA 30062 |
| CITIBANK (SOUTH DAKOTA) N.A.<br>701 E 60th St. N.<br>Sioux Falls, SD 57104 | GC Services LTD Partnership<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081 |

| | |
|---|---|
| GE Money Bank Chevron Texaco<br>P.O. Box 981430<br>El Paso, TX 79998-1430 | Phillips & Cohen Associates<br>695 Rancocas Rd.<br>West Hampton, NJ 08060 |
| Home Depot Credit Services<br>P.O. Box 182676<br>Columbus, OH 43218-2676 | Phillips & Cohen Associates<br>P.O. Box 108<br>St. Louis, MO 63166 |
| Hunt & Henriques<br>Attorneys At Law<br>151 Bernal Road, Suite 8<br>San Jose, CA 95119-1306 | RECONTRUST Company<br>1800 Tapo Canyon Rd.,<br>CA6-914-01-94<br>Simi Valley, CA 93063 |
| James E. Cox<br>16130 Ventura Boulevard<br>Suite 620<br>Encino, CA 91436 | Richard E. Golden<br>Bleier & Cox<br>16130 Ventura Boulevard<br>Encino, CA 91436-2568 |
| Mortgage Electronic<br>Registration Systems<br>P.O. Box 2026<br>Flint, MI 48501-2026 | United Recovery Systems<br>P.O. Box 722910<br>Houston, TX 77272-2910 |
| Nationwide Credit, Inc.<br>2015 Vaughn Rd., Building 400<br>Kennesaw, GA 30144-7802 | USAA Credit Card Services<br>10750 McDermott Fwy<br>San Antonio, TX 98288-0570 |
| Nationwide Credit, Inc.<br>PO Box 740640<br>Atlanta, GA 30374-0640 | US Bank<br>PO Box 790408<br>St. Louis, MO 63179-0408 |
| NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044 | Zwicker & Associates, P.C.<br>80 Minuteman Rd.<br>Andover, MA 01810-1008 |
| NCO Financial Systems, Inc.<br>PO Box 15773<br>Wilmington, DE 19850-5773 | Zwicker & Associates, P.C.<br>P.O. Box 101145<br>Birmingham, AL 35210-6145 |
| Nelson & Kennard<br>2180 Harvard Street, Suite 160<br>Sacramento, CA 95853 | |

```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                          Case No. 10-61716-CN
Kimberly Cox                                                    Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-5    User: rrombawa        Page 1 of 2       Date Rcvd: Apr 28, 2011
                        Form ID: pdfeoc       Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2011.
```
11420065      America's Wholesale Lender,   P.O. Box 10219,   Van Nuys, CA 91410-0219
11420067     +American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
11420066      American Express,   P.O. Box 0001,   Los Angeles, CA 90096-8000
11420068      American Express,   P.O. Box 956842,   St. Louis, MO 64195
11420069   ++++BAC HOME LOANS SERVICING, LP,   400 NATIONAL WAY,   SIMI VALLEY CA  93065-6414
             (address filed with court: BAC Home Loans Servicing, LP,   400 Countrywide Way SV-35,
              Simi Valley, CA 93065)
11420070      Bank of America,   P.O. Box 851001,   Dallas, TX 75285-1001
11420073     +CITIBANK (SOUTH DAKOTA) N.A.,   701 E 60th St. N.,   Sioux Falls, SO 57104-0493
11420074      CITIBANK (SOUTH DAKOTA) N.A./HOME DEPOT,   P.O. Box 7032,   Sioux Falls, SO 57117-7032
11420078   ++++CTC REAL ESTATE SERVICES,   400 NATIONAL WAY,   SIMI VALLEY CA  93065-6414
             (address filed with court: CTC Real Estate Services,   400 Countrywide Way, MSN SV-88,
              Simi Valley, CA 93065)
11420071      Capital One Bank,   P.O. Box 60599,   City Of Industry, CA 91716-0599
11420072      Chase,   P.O. Box 94014,   Palatine, 1L 60094-4014
11420075      Citi Card,   P.O. Box 6000,   The Lakes, NV 89163-6000
11420076     +Client Services, Inc.,   3451 Harry Truman Blvd.,   St. Charles, MO 63301-9816
11420077     +County of Santa Cruz Treasurer - Tax Col,   701 Ocean Street,   Santa Cruz, CA 95060-4003
11420079     +Elizabeth A. Bleier,   Bleier & Cox,   16130 Ventura Blvd.,   Encino, CA 91436-2568
11420080     +Firstsource Advantage, LLC,   205 Bryant Woods South,   Amherst, NY 14228-3609
11420081     +Frederick J. Hanna & Associates, P.C.,   1427 Roswell Road,   Marietta, GA 30062-3668
11420082     +GC Services Limited Partnership,   Collection Agency Division,   6330 Gulf ton,
              Houston, TX 77081-1108
11420083      Home Depot Credit Services,   P.o. Box 182676,   Columbus, OH 43218-2676
11420084      Hunt & Henriques,   Attorneys At Law,   151 Bernal Road, Suite 8,   San Jose, CA 95119-1306
11420085     +James E. Cox,   16130 Ventura Boulevard, Suite 620,   Encino, CA 91436-2542
11420088      Mortgage Electronic Registration Systems,   P.O. Box 2026,   Flint, MI 48501-2026
11420091     +NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
11420092      NCO Financial Systems, Inc.,   PO Box 15773,   Wilmington, DE 19850-5773
11420089      Nationwide Credit, Inc.,   2015 Vaughn Rd., Building 400,   Kennesaw, GA 30144-7802
11420093     +Nelson & Kennard,   2180 Harvard Street, Suite 160,   Sacramento, CA 95815-3314
11420094     +Phillips & Cohen Associates,   695 Rancocas Rd.,   West Hampton, NJ 08060-5626
11420095     +Phillips & Cohen Associates,   P.O. Box 108,   St. Louis, MO 63166-0108
11420096     +RECONTRUST Company,   1800 Tapo Canyon Rd., CA6-914-01-94,   Simi Valley, CA 93063-6712
11420097      Richard E. Golden,   Bleier & Cox,   16130 Ventura Boulevard,   Encino, CA 91436-2568
11420099    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 790408,   St. Louis, MO 63179-0408)
11420100     +USAA Credit Card Services,   10750 McDermott Fwy,   San Antonio, TX 78284-8850
11420101      Zwicker & Associates, P.C.,   P.O. Box 101145,   Birmingham, AL 35210-6145
11420102      Zwicker & Associates, P.C.,   80 Minuteman Rd.,   Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
              E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2011 01:14:30     GE Money Bank Chevron Texaco,
              P.O. Box 981430,   El Paso, TX 79998-1430
11420098      E-mail/Text: bnc@ursi.com Apr 29 2011 00:09:55    United Recovery Systems,   P.O. Box 722910,
              Houston, TX 77272-2910
                                                                                         TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11420090     ##Nationwide Credit, Inc.,   PO Box 740640,   Atlanta, GA 30374-0640
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2011          Signature:  *Joseph Speetjens*