MARK JOSEPH KENNEY (State Bar No. 87345)
ADAM N. BARASCH (State Bar No. 158220)
BERNARD J. KORNBERG (State Bar No. 252006)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 677-5548
Facsimile: (415) 677-5664
Email: bjk@severson.com

Attorneys for Defendants
RECONTRUST COMPANY, N.A.;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK AS TRUSTEE
FOR THE BENEFIT OF THE
CERTIFICATEHOLDERS CWMBS, INC. CHL
MORTGAGE PASS-THROUGH TRUST 2005-2
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2005 2;
AMERICA'S WHOLESALE LENDER;
COUNTRYWIDE HOME LOANS, INC.;
AND BAC HOME LOANS SERVICING, LP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| IN RE KIMBERLY COX,<br><br>Debtor. | Case No.: 5:10-bk-61716<br><br>Chapter 7<br><br>Adversary No.: 5:11-ap-05106 |
| IN RE KIMBERLY COX,<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A. ET. AL.,<br><br>Defendants. | **NOTICE OF HEARING ON MOTION TO DISMISS FOR LACK OF STANDING, FOR LACK OF SUBJECT MATTER JURISDICTION, FOR ABSTENTION, AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**<br><br>Date: June 10, 2011<br>Time: 2:00 P.M.<br>Ctrm: Courtroom 3070<br>Place: 280 South First Street<br>San Jose, CA<br><br>Judge: Hon. Charles Novack |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on June 10, 2011 at 2:00 p.m., in Courtroom 3070 of the above-entitled United States Bankruptcy Court located at 280 South First Street, San Jose, California, Defendants Recontrust Company, N,A. ("Recontrust Company"); Mortgage Electronic Registration Systems, Inc. ("MERS"); The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2005-2 Mortgage Pass-Through Certificates, Series 2005 2 ("Bank of New York Melon"); America's Wholesale Lender; Countrywide Home Loans, Inc. ("Countrywide"); and BAC Home Loans Servicing, LP ("BAC Home Loans"), will move this Court to dismiss the complaint filed by Plaintiff Kimberly Cox, ("Plaintiff").

This motion is based on this notice, the accompanying memorandum of points and authorities, as well as the complaint and all other records on file in this action, and any further briefs, evidence, authorities, or argument presented before or at the hearing of this motion.

DATED: May 13, 2011                                 Respectfully submitted,

                                                    SEVERSON & WERSON
                                                    A Professional Corporation


                                                    By:        /s/ Bernard J. Kornberg
                                                               Bernard J. Kornberg

                                                    Attorneys for Defendants
                                                    RECONTRUST COMPANY, N.A.;
                                                    MORTGAGE ELECTRONIC
                                                    REGISTRATION SYSTEMS, INC.;
                                                    THE BANK OF NEW YORK MELLON fka
                                                    The Bank of New York as Trustee for the
                                                    Benefit of the Certificateholders CWMBS, Inc.
                                                    CHL Mortgage Pass-Through Trust 2005-2
                                                    Mortgage Pass-Through Certificates, Series
                                                    2005 2; AMERICA'S WHOLESALE
                                                    LENDER; COUNTRYWIDE HOME LOANS,
                                                    INC.; and BAC HOME LOANS SERVICING,
                                                    LP