B 260
(1/96)

# United States Bankruptcy Court

__Northern__ District Of __California__

In re __Kimberly Cox,__ )
         Debtor )   Case No. __10-61716__
 )
 )   Chapter __7__
__Kimberly Cox,__ )
         Plaintiff )
 )
         v. )
__AMERICA'S WHOLESALE LENDER,__ )   Adv. Proc. No. __11-05106__
         Defendant )

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:
> AMERICA'S WHOLESALE LENDER

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
*Clerk of the Bankruptcy Court*

By: _____
_____        *Deputy Clerk*
*Date*

American LegalNet, Inc.
www.USCourtForms.com

Timothy Y. Fong
CA SBN #255221
3333 Bowers Avenue, STE 130
Santa Clara, CA 95054
Tel 408-627-7810
Fax 408-457-9417
tyfong919@gmail.com

Attorney for Debtor
Kimberly Cox - 9054
131 Sutphen St.
Santa Cruz, CA 95060

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>KIMBERLY COX<br><br>    Debtor | Case No. 5:10-bk-61716 CN<br><br>Chapter 7 |
| KIMBERLY COX<br><br>    Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2; AMERICA'S WHOLESALE LENDER; COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, LP; does 1-1000; and, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title,<br><br>    Defendants. | Adv. Proc. No. 5:11-ap-05106<br><br>**AFFIDAVIT OR AFFIRMATION OF TIMOTHY Y. FONG IN SUPPORT ENTRY OF DEFAULT**<br><br>[Bankruptcy Rule 7055]<br>[Fed.R.Civ.P. 55(a)] |

-1-

**AFFIDAVIT OR AFFIRMATION**

I, Timothy Y. Fong, pursuant to 28 U.S.C. § 1746, declare and affirm the following:

1. I am the attorney of record for Plaintiff Kimberly Cox in the above-referenced adversary proceeding.

2. The statements set forth are based upon my personal knowledge and are true and correct to the best of my knowledge, information and belief.

3. Plaintiff filed the Complaint against the above referenced Defendants on 04/12/2011.

4. The Summons was issued by the court on 04/13/2011.

5. Defendant AMERICA'S WHOLESALE LENDER[1] was served with the Summons and Complaint on 04/13/2011.

6. Pursuant to the Summons, Defendants were required to file a motion or answer the complaint within 30 days after the date of issuance of the summons.

---

[1] The purported Defendants' counsel of record filed and served DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.BANKR.P. 7007.1 on 06/03/2011 ("Disclosure Statement").
In the Disclosure Statement, Defendants' undersigned counsel of record states "America's Wholesale Lender is a DBA for Countrywide Home Loans, Inc." (See, filed Disclosure Statement p.2 ¶ 4.) This is not the company being sued by Plaintiff.
Plaintiff is suing "AMERICA'S WHOLESALE LENDER" "a CORPORATION organized and existing under the laws of NEW YORK" ("AWL") pursuant to the purported Deed of Trust, which Defendants rely on in their motion and reply papers identified as Plaintiff's Complaint Exhibit 8 ¶(C) Bates numbered 10-61716-0030. Therefore; AWL, the company being sued by Plaintiff, has failed to appear or respond to Plaintiff's Complaint and has defaulted.

-2-

DECLARATION IN SUPPORT OF ENTRY OF DEFAULT
Case: 10-61716   Doc# 33   Filed: 06/09/11   Entered: 06/09/11 12:31:09   Page 3 of 4

1  7. AWL did not serve or file an answer to Plaintiff's
2  Complaint within the 30 days after the date of issuance of the
3  Summons pursuant to Bankruptcy Rule 7012 or as ordered in the
4  Summons.
5  8. To the best of my knowledge, information and belief,
6  The Defendant is not: a natural person, minor or incompetent
7  person, nor is it in the military service within the purview of
8  the Servicemembers Civil Relief Act, 50 U.S.C. app. § 501 et
9  seq.
10  I declare under penalty of perjury that the foregoing is
11  true and correct to the best of my knowledge, information and
12  belief.
13  Executed on 06/06/2011                  /s/Timothy Y. Fong
                                            Timothy Y. Fong
14                                          Attorney for Plaintiff
                                            Kimberly Cox
15
16
17
18
19
20
21
22
23
24
25
26

-3-

DECLARATION IN SUPPORT OF ENTRY OF DEFAULT
Case: 10-61716   Doc# 33   Filed: 06/09/11   Entered: 06/09/11 12:31:09   Page 4 of 4